B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Alabama

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**WESTJEWEL, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lorch's Jewelers; DBA Lorch's Diamond Centers** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**63-1178095** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1608 QUEEN CITY AVE**<br>**Tuscaloosa, AL**<br>ZIP Code **35401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Tuscaloosa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | WESTJEWEL, INC. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | WESTJEWEL, INC. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date 9/15/10

X _[signature]_ **Signature of Attorney***
Signature of Attorney for Debtor(s)

**Marvin E. Franklin ASB-8663-F49M**
Printed Name of Attorney for Debtor(s)

**Najjar Denaburg, P.C.**
Firm Name

**2125 Morris Avenue**
**Birmingham, AL 35203**

Address

**(205) 250-8400  Fax: (205) 326-3837**
Telephone Number

Date 9/15/10

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual

**Steven F. West**
Printed Name of Authorized Individual

**President/ CEO**
Title of Authorized Individual

Date 9/15/10

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

In re  WESTJEWEL, INC.   Case No. _____
                                                            Debtor(s)   Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.V.I. Mfg. Corp.<br>47-09 30th Street<br>Ste 600<br>Long Island City, NY 11101 | A.V.I. Mfg. Corp.<br>47-09 30th Street<br>Ste 600<br>Long Island City, NY 11101 | trade debt | | 64,730.30 |
| Aresco, Inc.<br>3525 Lorna Ridge Drive<br>Birmingham, AL 35206 | Aresco, Inc.<br>3525 Lorna Ridge Drive<br>Birmingham, AL 35206 | trade debt | | 162,216.21 |
| Bulova/ Wittnauer International, Inc.<br>145 Huguenot St<br>New Rochelle, NY 10802 | Bulova/ Wittnauer International, Inc.<br>145 Huguenot St<br>New Rochelle, NY 10802 | trade debt | | 34,578.41 |
| Ciemme NY LLC<br>45 W 45th St.<br>Ste 700<br>New York, NY 10036 | Ciemme NY LLC<br>45 W 45th St.<br>Ste 700<br>New York, NY 10036 | trade debt | | 36,852.00 |
| Colonial Properties<br>c/o Davis Law Firm<br>2700 U.S. Hwy 280 #2010 W<br>Birmingham, AL 35223 | Colonial Properties<br>c/o Davis Law Firm<br>2700 U.S. Hwy 280 #2010 W<br>Birmingham, AL 35223 | trade debt | | 42,718.06 |
| Dialuck Corporate<br>31-00 47th Ave<br>5th Floor<br>Long Island City, NY 11101 | Dialuck Corporate<br>31-00 47th Ave<br>5th Floor<br>Long Island City, NY 11101 | trade debt | | 26,398.16 |
| Jasper Mall Merchants<br>300 HIGHWAY 78 E<br>Jasper, AL 35501-3883 | Jasper Mall Merchants<br>300 HIGHWAY 78 E<br>Jasper, AL 35501-3883 | trade debt | | 29,246.34 |
| JEM<br>277 Clarkson Rd<br>Ste 102<br>Ballwin, MO 63011 | JEM<br>277 Clarkson Rd<br>Ste 102<br>Ballwin, MO 63011 | trade debt | | 27,925.00 |
| Jones Lange Lasalle<br>Burr & Foreman<br>3400 Wachovia Tower<br>Birmingham, AL 35203 | Jones Lange Lasalle<br>Burr & Foreman<br>3400 Wachovia Tower<br>Birmingham, AL 35203 | trade debt | | 98,844.26 |
| Klein Jewelry Co., Inc.<br>15 Main St.<br>East Rockaway, NY 11518 | Klein Jewelry Co., Inc.<br>15 Main St.<br>East Rockaway, NY 11518 | trade debt | | 43,254.28 |

B4 (Official Form 4) (12/07) - Cont.

In re  WESTJEWEL, INC.
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Maxmark<br>5 South Wabash<br>Ste 1500<br>Chicago, IL 60603 | Maxmark<br>5 South Wabash<br>Ste 1500<br>Chicago, IL 60603 | trade debt | | 20,172.11 |
| Means Advertising, Inc.<br>1100-Corporate Drive<br>Ste 220<br>Birmingham, AL 35242 | Means Advertising, Inc.<br>1100-Corporate Drive<br>Ste 220<br>Birmingham, AL 35242 | trade debt | | 203,867.27 |
| N.O.M. Properties<br>1689 Paysphere Circle<br>Chicago, IL 60674 | N.O.M. Properties<br>1689 Paysphere Circle<br>Chicago, IL 60674 | trade debt | | 30,615.47 |
| Paul Winston/True Romance<br>151 W 46th St.<br>11th Floor<br>New York, NY 10036 | Paul Winston/True Romance<br>151 W 46th St.<br>11th Floor<br>New York, NY 10036 | trade debt | | 50,130.00 |
| Quintard Mall<br>c/o Hand Arendall, LLC<br>1200 Park Place N. #1200<br>Birmingham, AL 35203 | Quintard Mall<br>c/o Hand Arendall, LLC<br>1200 Park Place N. #1200<br>Birmingham, AL 35203 | trade debt | | 114,121.88 |
| RBC Bank<br>2330 University Blvd<br>Tuscaloosa, AL 35401 | RBC Bank<br>2330 University Blvd<br>Tuscaloosa, AL 35401 | trade debt | | 87,455.38 |
| Sierra Diamonds<br>300 Sylvan Ave<br>2nd Fl<br>Englewood Cliffs, NJ 07632 | Sierra Diamonds<br>300 Sylvan Ave<br>2nd Fl<br>Englewood Cliffs, NJ 07632 | trade debt | | 44,867.00 |
| Simplex Diam, Inc.<br>49 W 45th St<br>Ste 1201<br>New York, NY 10036 | Simplex Diam, Inc.<br>49 W 45th St<br>Ste 1201<br>New York, NY 10036 | trade debt | | 16,316.95 |
| SJA Jewelry, Inc.<br>174 W. Englewood Av<br>Teaneck, NJ 07666 | SJA Jewelry, Inc.<br>174 W. Englewood Av<br>Teaneck, NJ 07666 | trade debt | | 29,588.75 |
| Star Asia, Inc.<br>5 South Wabash Ave #1810<br>Chicago, IL 60603 | Star Asia, Inc.<br>5 South Wabash Ave #1810<br>Chicago, IL 60603 | trade debt | | 56,598.22 |

B4 (Official Form 4) (12/07) - Cont.
In re  WESTJEWEL, INC.
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/ CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  9-15-10            Signature  _____
                                    Steven F. West
                                    President/ CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Alabama

In re   **WESTJEWEL, INC.**

Debtor

Case No. _____

Chapter _____ 11 _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**SEE ATTACHMENT 1**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/ CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __8/18/10__     Signature _____

Steven F. West
President/ CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Alabama

In re: WESTJEWEL, INC.

Case No. _____
Chapter ___11___

# LIST OF EQUITY SECURITY HOLDERS
## Attachment 1

Following is the list of debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chaapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| STEVEN F. WEST<br>1608 QUEEN CITY AVE<br>TUSCALOOSA, AL 35401 | Common | 220 | Stockholder |
| ROBERT N. YOUNG<br>1107 23RD AVENUE<br>TUSCALOOSA, AL 35401-5941 | Common | 132 | Stockholder |
| ROBERT S. WAY<br>216 MCFARLAND CIRCLE NORTH<br>TUSCALOOSA, AL 35406 | Common | 176 | Stockholder |
| MICHAEL B. SPILLER<br>6220 OLD GREENSBORO ROAD<br>TUSCALOOSA, AL 35405 | Common | 176 | Stockholder |
| ESTATE OF A.W. PATTON, JR.<br>2907 WOODLAND HILLS DR. EAST<br>TUSCALOOSA, AL 35405 | Common | 132 | Stockholder |
| ESTATE OF ERNEST G. WILLIAMS<br>156 THE HIGHLANDS<br>TUSCALOOSA, AL 35404 | Common | 132 | Stockholder |
| ESTATE OF REGINA PATTON<br>C/O BARBARA MOUNTAIN<br>7600 CHARLIE SHIRLEY ROAD<br>NORTHPORT, AL 35473 | Common | 132 | Stockholder |

# United States Bankruptcy Court
## Northern District of Alabama

In re **WESTJEWEL, INC.**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President/ CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 9/15/10

Steven F. West/President/ CEO
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

| | | |
|---|---|---|
| Bank of Tuscaloosa<br>220 Jack Warner Pkwy<br>Tuscaloosa, AL 35401 | Artcarved<br>P.O. Box 149056<br>Austin, TX 78714-9056 | Celebrations of Life<br>7211-Circle S Road 78745<br>P.O. Box 149017<br>Austin, TX 78714-9107 |
| Regions Bank<br>2222 9th St<br>Tuscaloosa, AL 35401 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | CenturyLinc<br>P.O. Box 4300<br>Carol Stream, IL 60197-4300 |
| City of Tuscaloosa<br>Dept. of Revenue<br>P.O. Box 2089<br>Tuscaloosa, AL 35403-2089 | Austin's<br>P.O. Box 112<br>Coker, AL 35452 | Channel Communications<br>6950 Hargrove Road E<br>Tuscaloosa, AL 35405 |
| A.V.I. Mfg. Corp.<br>47-09 30th Street<br>Ste 600<br>Long Island City, NY 11101 | BH Multi Color<br>15 West 26th ST.<br>New York, NY 10036 | Ciemme NY LLC<br>45 W 45th St.<br>Ste 700<br>New York, NY 10036 |
| ADT Security Service<br>P.O. Box 371967<br>Pittsburgh, PA 15250 | Birmingham Business Forms, Inc.<br>P.O. Box 660220<br>Birmingham, AL 35266-0220 | Citizen Watch Co.<br>1000 West 109th St.<br>Torrance, CA 90502-1040 |
| Airgas, Inc.<br>P.O. Box 9249<br>Marietta, GA 30065-2249 | Brask Enterprises, Inc.<br>P.O. Box 551<br>Attleboro, MA 02703 | City of Tuscaloosa<br>Water and Sewer Dept.<br>P.O. Box 2090<br>Tuscaloosa, AL 35405 |
| Alabama Power<br>915 Queen City Avenue<br>Tuscaloosa, AL 35403 | Brinyark, Lee & Hickman, PC<br>2501 6th Street<br>Tuscaloosa, AL 35401 | Colonial Properties<br>c/o Davis Law Firm<br>2700 U.S. Hwy 280 #2010 W<br>Birmingham, AL 35223 |
| Aresco, Inc.<br>3525 Lorna Ridge Drive<br>Birmingham, AL 35206 | Bulova/ Wittnauer International, Inc.<br>145 Huguenot St<br>New Rochelle, NY 10802 | Comcast Cable<br>P.O. Box 105184<br>Atlanta, GA 30348-5184 |
| Aronov Realty Management<br>100 University Mall<br>1701 McFarland Blvd E.<br>Tuscaloosa, AL 35404-5827 | Burnum-Hahn<br>2001 Veteran Memorial Pky<br>Tuscaloosa, AL 35404 | Commercial Printing Company<br>222 6th Ave SW<br>Birmingham, AL 35211 |

| | | |
|---|---|---|
| Corporate Connections<br>200 Mountain Dr.<br>Trussville, AL 35173 | Epax Systems, Inc.<br>7767 Lemona Ave<br>Van Nuys, CA 91405 | International Import Corp.<br>22 West 48th St.<br>New York, NY 10036 |
| Coserv<br>P.O. Box 100879<br>Atlanta, GA 30384 | Equifax Credit Information SVC<br>P.O. Box 4472<br>Atlanta, GA 30302 | Jasper Mall Merchants<br>300 HIGHWAY 78 E<br>Jasper, AL 35501-3883 |
| CSG Jewelry, Inc.<br>1156 Ave of the Americas<br>Ste 720<br>New York, NY 10036 | Express Service<br>P.O. Box 281533<br>Palatine, IL 60094-4515 | Jasper Retail Group, L.L.C.<br>300 Hwy 78 East<br>Ste 204<br>Jasper, AL 35501 |
| Dialuck Corporate<br>31-00 47th Ave<br>5th Floor<br>Long Island City, NY 11101 | Federal Express<br>P.o. Box 94515<br>Palatine, IL 60094-4515 | JEM<br>277 Clarkson Rd<br>Ste 102<br>Ballwin, MO 63011 |
| Diamond Council of America<br>3212 West End Ave<br>Ste 202<br>Nashville, TN 37203 | Goldstar/Milberg<br>20 West 37th St.<br>7th Floor<br>New York, NY 10018 | Jewel America<br>30-30 47th Ave<br>4th Floor<br>Long Island City, NY 11101 |
| District Court of Calhoun County<br>25 W. 11th St<br>Anniston, AL 36201 | Graybar Financial Services<br>22442 Network Place<br>Chicago, IL 60673-1224 | Jewelers Mutual Insurance Co.<br>24 Jewelers Park Drive<br>P.O. Box 468<br>Neenah, WI 54957-1468 |
| District Court of Jefferson County<br>716 N. Richard Arrington Jr. Blvd<br>Birmingham, AL 35203 | Grimmer Realty Group, L.L.C.<br>c/o Susan Grimmer<br>200 Green Springs Hwy<br>Birmingham, AL 35209-4906 | JFF Jeweler Supply<br>5269-11 Buford Hwy<br>Atlanta, GA 30340 |
| District Court of Tuscaloosa<br>714 Greensboro Ave<br>Tuscaloosa, AL 35401 | Healthplan Services, Inc.<br>P.O. Box 740518<br>Atlanta, GA 30374-0518 | Jones Lang LaSalle America<br>c/o Lisa Lockhart<br>3424 Peachtree Rd. Ste 4<br>Atlanta, GA 30326 |
| Eastern Lighting<br>13004 Murphy Rd.<br>#212<br>Stafford, TX 77477 | Infomedia, Inc.<br>201 Summit Pkwy<br>Birmingham, AL 35209 | Jones Lange Lasalle<br>Burr & Foreman<br>3400 Wachovia Tower<br>Birmingham, AL 35203 |

| | | |
|---|---|---|
| Klein Jewelry Co., Inc.<br>15 Main St.<br>East Rockaway, NY 11518 | One Source Office Products<br>1112 38th St<br>Tuscaloosa, AL 35401 | Premier Consulting Innovations<br>4000 W 106th St.<br>Ste 160-157<br>Carmel, IN 46032 |
| Lady Hico, Inc.<br>308-2nd Ave N<br>Birmingham, AL 35204 | Ostbye & Anderson<br>10055-51st Ave N<br>Minneapolis, MN 55442-3202 | Premier Sprinwater Dist. Inc.<br>1500-30TRH. St.<br>Tuscaloosa, AL 35401 |
| Maxmark<br>5 South Wabash<br>Ste 1500<br>Chicago, IL 60603 | Oxford Water Works<br>P.O. Box 3663<br>Oxford, AL 36203 | Purified Air Services, Inc.<br>280 Old Clay St.<br>Smyrna, GA 30080 |
| Maxx Mailing<br>1010 26th Ave<br>Northport, AL 35476 | OZ CLP Alabaster, LLC<br>P.O. Box 934069<br>Atlanta, GA 31193-4069 | Quintard Mall<br>c/o Hand Arendall, LLC<br>1200 Park Place N. #1200<br>Birmingham, AL 35203 |
| Means Advertising, Inc.<br>1100-Corporate Drive<br>Ste 220<br>Birmingham, AL 35242 | OZ CLP Alabaster, LLC<br>c/o Jeff Pinegar<br>P.O. Box 934069<br>Atlanta, GA 31193-4069 | Quintard Mall, Ltd.<br>200 Green Springs Hwy<br>Birmingham, AL 35209 |
| N.O.M. Properties<br>1689 Paysphere Circle<br>Chicago, IL 60674 | Paul Winston/True Romance<br>151 W 46th St.<br>11th Floor<br>New York, NY 10036 | RBC Bank<br>2330 University Blvd<br>Tuscaloosa, AL 35401 |
| Neofunds by Neopost<br>P.O. Box 30193<br>Tampa, FL 33630-3193 | Phil Rogers<br>P.O. Box 698<br>Cottondale, AL 35453-0108 | REDD<br>P.O. Box 4004<br>Muscle Shoals, AL 35661 |
| Neopost, Inc.<br>P.O. Box 45800<br>San Francisco, CA 94145-0800 | Pitney Bowes, Inc.<br>Rentals<br>700 Cahaba Valley Cir.<br>Pelham, AL 35124-1133 | Rosen Harwood, P.A.<br>2200 Jack Warner Pkwy<br>Ste 200<br>Tuscaloosa, AL 35403 |
| NSC, L.L.C.<br>3014 Alexandria Rd<br>Anniston, AL 36201 | Precision Lighting<br>P.O. Box 321065<br>Birmingham, AL 35232 | RVM Investments, Inc<br>1606 Queen City Ave<br>Tuscaloosa, AL 35401 |

Samuel Aaron, Inc.
31-00 47th Ave
Long Island City, NY 11101

Shelby County Reporter
P.O. Box 947
Columbiana, AL 35051

Sieko/Pulsar Time Corp.
P.O. Box 100167
Atlanta, GA 30384

Sierra Diamonds
300 Sylvan Ave
2nd Fl
Englewood Cliffs, NJ 07632

Simplex Diam, Inc.
49 W 45th St
Ste 1201
New York, NY 10036

SJA Jewelry, Inc.
174 W. Englewood Av
Teaneck, NJ 07666

Star Asia, Inc.
5 South Wabash Ave #1810
Chicago, IL 60603

The Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

The Work Number
4076 Paysphere Cir.
Chicago, IL 60674

Tiesha Creations, LLC
95-22 63rd Rd. #535
Rego Park, NY 11374

United Parcel Service
P.O. Box 650580
Dallas, TX 75265-0580

University Mall Merchants
P.O. Box 235021
Montgomery, AL 36123-5021

Virgil Beville
401 Skyland Blvd
Lot 20
Tuscaloosa, AL 35405

Way, Ray Shelton & Co., P.C.
216 McFarland Circle N
Tuscaloosa, AL 35406

WJRD 1150AM
P.O. Box 70937
Tuscaloosa, AL 35407